IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUFUS C. BANKS, | § | CASE NO. 24-40906 |
| | § | (Chapter 7) |
| DEBTOR | § | |

### ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL

On this day came on for consideration the Application to Employ Special Counsel (*"Application"*) filed by Christopher J. Moser, Trustee (*"Trustee"*) seeking authority to employ the Jackson Spencer Law. The Application has been served upon the U.S. Trustee as required by Local Rules of Bankruptcy Procedure and no objection to the Application has been timely filed by the U.S. Trustee. Upon review of the Application, it appears to the Court that the proposed professional is "disinterested" as that term is defined in 11 U.S.C. §101(14) and the proposed professional represents or holds no interest adverse to the bankruptcy estate. **IT IS THEREFORE,**

**ORDERED** that the Application is GRANTED, and that the employment of Jackson Spencer Law as special counsel to pursue the Wrongful Termination Claim (as that term is defined in the Application) on behalf of the bankruptcy estate is hereby APPROVED with compensation to be paid pursuant to §328 of the Bankruptcy Code on a 40% contingency basis following the reimbursement of expenses if the matter settles prior to a lawsuit being filed.

Signed on 06/25/2024

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE